UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Torrey Carter,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ally Financial Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>　　　　　　Defendants. | Case No: 4:23-cv-12689-SDK-KGA<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO TRANS UNION, LLC</u>** |

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Trans Union, LLC only, with each party to bear its respective attorney's fees and costs.

　　Trans Union, LLC has not served an answer, motion or otherwise appeared in this action.

Dated: November 20, 2023

　　　　　　　　　　　　　　　　　　　　　　**SANDERS LAW GROUP**
　　　　　　　　　　　　　　　　　　　　　　By: */s/ Craig B. Sanders*
　　　　　　　　　　　　　　　　　　　　　　Craig B. Sanders, Esq.
　　　　　　　　　　　　　　　　　　　　　　333 Earle Ovington Boulevard, Suite 402
　　　　　　　　　　　　　　　　　　　　　　Uniondale, New York 11553
　　　　　　　　　　　　　　　　　　　　　　Email: csanders@sanderslaw.group
　　　　　　　　　　　　　　　　　　　　　　Office: (516) 203-7600
　　　　　　　　　　　　　　　　　　　　　　Fax: (516) 282-7878
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Our File No.: 127575