UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Torrey Carter,<br><br>        Plaintiff,<br><br>v.<br><br>Ally Financial Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>        Defendant. | Case No: 4:23-cv-12689-SDK-KGA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. § 41(a)(1)(A)(i) AS TO EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice against Defendant Equifax Information Services, LLC only, with each party to bear its respective attorney's fees and costs.

Equifax Information Services, LLC has not served an answer, motion or otherwise appeared in this action.

Dated: January 24, 2024

                                            **SANDERS LAW GROUP**

                                            By:   */s/ Craig B. Sanders*
                                            Craig B. Sanders, Esq.
                                            333 Earle Ovington Blvd, Suite 402
                                            Uniondale, NY 11553
                                            Tel: (516) 203-7600
                                            Email: csanders@sanderslaw.group
                                            File No.: 127575
                                            *Attorneys for Plaintiff*