**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Torrey Carter,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>Ally Financial Inc., Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union, LLC,<br><br>　　　　　Defendants. | Case No: 4:23-cv-12689-SDK-KGA |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and Ally Financial Inc., and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice against Ally Financial Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 24, 2024

| | |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>By:　 */s/ Mark D. Kundmueller*<br>Mark D. Kundmueller, Esq.<br>222 Central Park Avenue, Suite 2200,<br>Virginia Beach, VA 23462<br>Tel: (757) 687-7541<br>Email: mark.kundmueller@troutman.com<br>*Attorneys for Defendant Ally Financial Inc.* | **SANDERS LAW GROUP**<br><br>By:　 */s/ Craig B. Sanders*<br>Craig B. Sanders, Esq.<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>File No.: 127575<br>*Attorneys for Plaintiff* |